1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

11

12

LINDA EVANS,

Plaintiff,

13

14

vs.

15

MICHAEL J. ASTRUE,
Commissioner of Social Security,
Defendant

16

17

Civil  No.  C07-5386JKA

ORDER FOR EXTENSION
OF TIME

18

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant

19

shall have an extension to and including January 18, 2008, to file Defendant's answering brief.  It

20

is further ORDERED that Plaintiff shall have to and including February 1, 2008, to file Plaintiff's

21

22

Reply Brief.

23

DATED this 20th day of December, 2007.

24

25

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

26

27

28

Page 1         ORDER - 3:07-cv-5386-JKA

1   Presented by:

2

3    s/ Daphne Banay
     Daphne Banay
4    Special Assistant U.S. Attorney
     Attorney for Defendant
5    701 Fifth Ave, Ste 2900, M/S 901
     Seattle, WA   98104-7075
6    Phone:  206-615-2113
7    Fax:     206-615-2531
     daphne.banay@ssa.gov
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Page 2            ORDER - 3:07-cv-5386-JKA