# United States District Court

WESTERN DISTRICT OF WASHINGTON

LINDA EVANS

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5386JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court REMANDS the Social Security Administration's final decision for further proceedings.

   March 11, 2008                                                                        BRUCE RIFKIN
Date                                                                                Clerk

                                                                                *s/Caroline M. Gonzalez*
                                                                                Deputy Clerk