U.S. Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA EVANS, | CIVIL NO. C07-5386JKA |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,660.37 and expenses in the sum of $16.14 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: April 9, 2008.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
U.S. MAGISTRATE JUDGE

AGREED ORDER RE EAJA FEES   - Page 1
[C07-5386JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ DAPHNE BANAY
DAPHNE BANAY, WSB #21537
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephonic agreement)*

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DAPHNE BANAY
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
Daphne.banay@ssa.gov


Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

   NONE

AGREED ORDER RE EAJA FEES   - Page 2
[C07-5386JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1

2   DATED:  April 8, 2008                          /s/ Dawn Krech
                                                   Dawn Krech, Legal Assistant
3                                                  MADDOX & LAFFOON, P.S.
                                                   mcdkrech@comcast.net

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AGREED ORDER RE EAJA FEES    - Page 3         MADDOX & LAFFOON, P.S.
[C07-5386JKA]                                  410-A South Capitol Way
                                               Olympia, WA. 98501
                                               (360) 786-8276